1  D. Samuel Coffman (*pro hac vice* to be filed)
   scoffman@dickinsonwright.com
2  Bradley A. Burns (*pro hac vice* to be filed)
   bburns@dickinsonwright.com
3  Amanda E. Newman (*pro hac vice* to be filed)
   anewman@dickinsonwright.com
4  Turner S. Smith (*pro hac vice* to be filed)
   tssmith@dickinsonwright.com
5  **DICKINSON WRIGHT PLLC**
   1850 North Central Avenue, Suite 1400
6  Phoenix, Arizona 85004
   Telephone: (602) 285-5000
7  Facsimile: (844) 670-6009
   Firm Email: courtdocs@dickinsonwright.com
8
   Brooks T. Westergard (NV 14300)
9  bwestergard@dickinson-wright.com
   **DICKINSON WRIGHT PLLC**
10 100 West Liberty Street, Suite 940
   Reno, NV 89501
11 Telephone: (775) 343-7500
   Facsimile: (844) 670-6009
12 Firm Email: courtdocs@dickinsonwright.com

13 *Attorneys for Plaintiff Navajo Health Foundation —
   Sage Memorial Hospital, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Navajo Health Foundation – Sage Memorial Hospital, Inc. (doing business as "Sage Memorial Hospital"), an Arizona nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Kory Razaghi, an individual; and Attentus LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-00834-JCM-NJK<br><br>**MOTION FOR EXTENSION FOR ATTORNEYS TO FILE VERIFIED PETITION FOR ADMISSION TO PRACTICE IN THIS CASE ONLY**<br><br>**(First Request)** |

Plaintiff Navajo Health Foundation – Sage Memorial Hospital, Inc. d/b/a Sage Memorial Hospital, through its counsel, the law firm of Dickinson Wright PLLC, hereby moves the court for an extension of time to file D. Samuel Coffman's, Bradley A. Burns', Amanda E. Newman's, and Turner S. Smith's Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to

1

the Bar of This Court and Designation of Local Counsel. This Motion is made pursuant to LR IA 6-1 and LR 7-2 and supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff respectfully requests that the Court extend the deadline for D. Samuel Coffman, Bradley A. Burns, Amanda E. Newman, and Turner S. Smith to file their Verified Petitions for Permission to Practice in this Case Only. The Verified Petitions are currently due by May 28, 2025. (ECF No. 2). Good cause exists for extending this deadline as counsel are waiting for the Supreme Court of Arizona to issue Mr. Coffman's, Mr. Burns', Ms. Newman's, and Mr. Smith's Certificates of Good Standing.

On May 13, 2025, the law firm of Dickinson Wright PLLC filed a Complaint on behalf of Plaintiff. (ECF No. 1). Attorney Brooks T. Westergard, admitted to practice in this Court, and attorneys D. Samuel Coffman, Bradley A. Burns, Amanda E. Newman, and Turner S. Smith, licensed to practice law in the state of Arizona, appeared as counsel for Plaintiff. (*Id.*) Prior to filing the Complaint, Dickinson Wright PLLC requested Certificates of Good Standing from the Arizona Supreme Court for Mr. Turner, Mr. Burns, and Ms. Newman on May 2, 2025, and requested a Certificate of Good Standing from the Arizona Supreme Court for Mr. Coffman on May 1, 2025. The Arizona Supreme Court has not indicated when those requests will be processed.

Based on the forgoing, and in an abundance of caution, Plaintiff is requesting a sixty-day extension to file Mr. Coffman's, Mr. Turner's, Mr. Burns', and Ms. Newman's Verified Petitions. Plaintiff respectfully submits that good cause exists for this brief extension in light of the uncertainty surrounding when the Certificates of Good Standing will be processed by the Arizona Supreme Court. Once the Certificates of Good Standing are obtained, Plaintiff will promptly file Verified Petitions.

DATED: this 28th day of May, 2025.

**DICKINSON WRIGHT PLLC**

　　*/s/ Brooks T. Westergard*
Brooks T. Westergard
D. Samuel Coffman (*pro hac vice* to be filed)
Bradley A. Burns (*pro hac vice* to be filed)
Amanda E. Newman (*pro hac vice* to be filed)
Turner S. Smith (*pro hac vice* to be filed)

*Attorneys pfor Plaintiff Navajo Health Foundation — Sage Memorial Hospital*

# EXHIBIT 1

[Proposed] Order Granting Motion For Extension For Attorneys To File Verified Petition For Admission To Practice In This Case Only

1  D. Samuel Coffman (*pro hac vice* to be filed)
   scoffman@dickinsonwright.com
2  Bradley A. Burns (*pro hac vice* to be filed)
   bburns@dickinsonwright.com
3  Amanda E. Newman (*pro hac vice* to be filed)
   anewman@dickinsonwright.com
4  Turner S. Smith (*pro hac vice* to be filed)
   tssmith@dickinsonwright.com
5  **DICKINSON WRIGHT PLLC**
   1850 North Central Avenue, Suite 1400
6  Phoenix, Arizona 85004
   Telephone: (602) 285-5000
7  Facsimile: (844) 670-6009
   Firm Email: courtdocs@dickinsonwright.com
8
   Brooks T. Westergard (NV 14300)
9  bwestergard@dickinson-wright.com
   **DICKINSON WRIGHT PLLC**
10 100 West Liberty Street, Suite 940
   Reno, NV 89501
11 Telephone: (775) 343-7500
   Facsimile: (844) 670-6009
12 Firm Email: courtdocs@dickinsonwright.com

*Attorneys for Plaintiff Navajo Health Foundation —
Sage Memorial Hospital, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Navajo Health Foundation – Sage Memorial Hospital, Inc. (doing business as "Sage Memorial Hospital"), an Arizona nonprofit corporation,<br><br>  Plaintiff,<br><br>v.<br><br>Kory Razaghi, an individual; and Attentus LLC, a Nevada limited liability company,<br><br>  Defendants. | Case No.: 2:25-cv-00834-JCM-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION FOR ATTORNEYS TO FILE VERIFIED PETITION FOR ADMISSION TO PRACTICE IN THIS CASE ONLY** |

  Presently before the Court is Plaintiff Navajo Health Foundation – Sage Memorial Hospital, Inc. d/b/a Sage Memorial Hospital's Motion for Extension for Attorneys to File Verified Petition for Admission to Practice in this Case Only. Plaintiff seeks a sixty-day extension of time for D. Samuel

1

1  Coffman, Bradley A. Burns, Amanda E. Newman, and Turner S. Smith to file their Verified Petitions
2  in order to allow counsel to obtain their Certificates of Good Standing from the Supreme Court of
3  Arizona. Good cause appearing,
4      IT IS HEREBY ORDERED Plaintiff's Motion is GRANTED. Mr. Coffman, Mr. Burns, Ms.
5  Newman, and Mr. Smith shall have up to and including Monday, July 28, 2025, to file their Verified
6  Petitions.

11  IT IS SO ORDERED.

13  Dated: June 2, 2025

15  _____
16  James C. Mahan
    Judge, United States District Court