D. Samuel Coffman (*Admitted pro hac vice*)
scoffman@dickinsonwright.com
Bradley A. Burns (*Admitted pro hac vice*)
bburns@dickinsonwright.com
Amanda E. Newman (*pro hac vice* to be filed)
anewman@dickinsonwright.com
Turner S. Smith (*Admitted pro hac vice*)
tssmith@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com

Brooks T. Westergard (NV 14300)
bwestergard@dickinson-wright.com
**DICKINSON WRIGHT PLLC**
100 West Liberty Street, Suite 940
Reno, NV 89501
Telephone: (775) 343-7500
Facsimile: (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com

*Attorneys for Plaintiff Navajo Health Foundation —
Sage Memorial Hospital, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Navajo Health Foundation – Sage Memorial Hospital, Inc. (doing business as "Sage Memorial Hospital"), an Arizona nonprofit corporation,<br><br>                Plaintiff,<br><br>v.<br><br>Kory Razaghi, an individual; and Attentus LLC, a Nevada limited liability company,<br><br>                Defendants. | Case No.: 2:25-cv-00834-JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Navajo Health Foundation – Sage Memorial Hospital, Inc. d/b/a Sage Memorial

Hospital, (hereinafter "Plaintiff"), by and through its counsel of record, together with Defendants,

Kory Razaghi and Attentus L.L.C., (collectively, "Defendants" and together with Plaintiff as the

1

"Parties"), by and through their counsel of record hereby submit this first request for stipulation to extend time to file Plaintiff Opposition to Defendants' Motion to Dismiss (the "Stipulation").  The deadline to respond to Defendants' Motion to Dismiss is Thursday, July 17, 2025, the Parties have agreed to extend the time for Plaintiff's Opposition up to and including July 24, 2025, and Defendants' reply will be due Thursday, July 31, 2025.

It is HEREBY STIPULATED by and between the Parties, through their attorneys of record, that Plaintiff shall have until Thursday, July 24, 2025 to file their Opposition to Defendants' Motion to Dismiss and Defendants' Reply will be due Thursday, July 31, 2025.

IT IS HEREBY FURTHER STIPULATED that the hearing requested on this matter be set for after July 31, 2025 to allow for time for the Parties to respond.

Dated July 17, 2025

**DICKINSON WRIGHT PLLC**                    **MARQUIS AURBACH**

*/s/ Brooks T. Westergard*                    */s/ Colin M. Jayne*
Brooks T. Westergard                          Phillip S. Aurbach, Esq.
D. Samuel Coffman (*pro hac vice* to be filed)   Nevada Bar No. 1501
Bradley A. Burns (*pro hac vice* to be filed)    Collin M. Jayne, Esq.
Amanda E. Newman (*pro hac vice* to be filed)    Nevada Bar No. 13899
Turner S. Smith (*pro hac vice* to be filed)     10001 Park Run Drive
                                              Las Vegas, Nevada 89145
*Attorneys for Plaintiff Navajo Health*
*Foundation — Sage Memorial Hospital*            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I am an employee of DICKINSON WRIGHT PLLC and that on July 17, 2025, I caused a true and correct copy of the foregoing **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** to be served by electronic mail through the Court's CM/ECF filing system upon counsel of record, addressed as follows:

MARQUIS AURBACH
Phillip S. Aurback, Esq.
Collin M. Jayne, Esq.
10001 Park Run Drive
Las Vegas, NV  89145
Tel:  702.382.0711
Fax:  702.382.5816
paurbach@maclaw.com
cjayne@maclaw.com

*Attorneys for Defendants Kory Razaghi and Attentus LLC*

*/s/ Kaitlin Snyder*
An Employee of Dickinson Wright PLLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Order Granting Stipulation for
Extension of Time for Plaintiff to file Opposition
to Defendants' Motion to Dismiss

D. Samuel Coffman (*Admitted pro hac vice*)
scoffman@dickinsonwright.com
Bradley A. Burns (*Admitted pro hac vice*)
bburns@dickinsonwright.com
Amanda E. Newman (*pro hac vice* to be filed)
anewman@dickinsonwright.com
Turner S. Smith (*Admitted pro hac vice*)
tssmith@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com

Brooks T. Westergard (NV 14300)
bwestergard@dickinson-wright.com
**DICKINSON WRIGHT PLLC**
100 West Liberty Street, Suite 940
Reno, NV 89501
Telephone: (775) 343-7500
Facsimile: (844) 670-6009
Firm Email: courtdocs@dickinsonwright.com

*Attorneys for Plaintiff Navajo Health Foundation —*
*Sage Memorial Hospital, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Navajo Health Foundation – Sage Memorial Hospital, Inc. (doing business as "Sage Memorial Hospital"), an Arizona nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Kory Razaghi, an individual; and Attentus LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-00834-JCM-NJK<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

Presently before the Court is Plaintiff Navajo Health Foundation – Sage Memorial Hospital, Inc. d/b/a Sage Memorial Hospital's and Defendants, Kory Razaghi and Attentus L.L.C., (collectively, "Defendants" and together with Plaintiff as the "Parties"), Stipulate for an Extension of Time for

1

Plaintiff to File Opposition to Defendants' Motion to Dismiss (First Request).

IT IS HEREBY ORDERED, the Parties' Stipulation is GRANTED. Plaintiff will have up to and including July 24, 2025, to file their Opposition and Defendants' will have until Thursday, July 31, 2025 to file their Reply.

IT IS SO ORDERED:

Dated: _July 30, 2025_____

_____
James C. Mahan
Judge, United States District Court