# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION – SAGE MEMORIAL HOSPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KORY RAZAGHI, et al., <br><br> Defendants. | Case No. 2:25-cv-00834-JCM-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 25. A joint discovery plan must be filed by December 23, 2025.

IT IS SO ORDERED.

Dated: December 16, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1