**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Navajo Health Foundation – Sage Memorial Hospital, Inc., | Case No.: 2:25-cv-00834-JCM-NJK |
| Plaintiff, | **Order** |
| v. | [Docket Nos. 31, 32] |
| Kory Razaghi, et al., | |
| Defendants. | |

On January 6, 2026, Plaintiff filed a notice of service of initial disclosure statement. Docket No. 31. On February 13, 2026, Plaintiff filed a notice of service of discovery requests. Docket No. 32. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 13, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE